LIPSON NEILSON P.C.
Joseph P. Garin (Bar No. 6653)
Jessica A. Green (Bar No. 12383)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

SIMMONDS & NARITA, LLP
R. TRAVIS CAMPBELL, ESQ. (*pro hac vice forthcoming*)
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
(415) 283-1010/FAX (415) 352-2625
Tcampbell@snllp.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Glenkirk D. Peters,<br><br>           Plaintiff,<br><br>vs.<br><br>Maxwell & Morgan, Corp.,<br><br>           Defendant.<br>_____ | Case No.: 2:18-cv-01399-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT (ECF NO. 1)**<br><br>**(First Request)** |

Plaintiff, GLENKIRK D. PETERS, and Defendant, MAXWELL & MORGAN, CORP., by and through their respective attorneys hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant to file its response to Plaintiff's Complaint (ECF No. 1) shall be extended to **September 24, 2018**. The Defendant's Response is currently due on September 10, 2018. This is the parties' first request for extension and is their way of accommodating each other while considering possible resolution of this matter. The parties certify that this Stipulation is made in good faith and is not sought for the purpose of undue delay or to

cause prejudice to any party.

| DATED this 7th day of September, 2018 | DATED this 7th day of September, 2018. |
|---|---|
| KAZEROUNI LAW GROUP, APC | LIPSON NEILSON P.C. |
| */s/ Michael Kind* | */s/ Jessica A. Green* |
| _____ | _____ |
| MICHAEL KIND, ESQ.<br>Nevada Bar No. 13903<br>6069 South Fort Apache Rd., Ste. 100<br>Las Vegas, NV 89148<br>mkind@kazlg.com | JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 2697<br>JESSICA A. GREEN, ESQ.<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 |
| *Attorney for Plaintiff*<br>*Glenkirk D. Peters* | and |
|  | SIMMONDS & NARITA, LLP<br>R. TRAVIS CAMPBELL, ESQ. (*pro hac vice forthcoming*)<br>44 Montgomery Street, Suite 3010<br>San Francisco, CA 94104 |
|  | *Attorneys for Defendant*<br>*Maxwell & Morgan, Corp.* |

**ORDER**

IT IS SO ORDERED.

DATED this  10th  day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -