LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

SIMMONDS & NARITA LLP
R. TRAVIS CAMPBELL *(pro hac vice)*
California Bar No. 271580
Liana Mayilyan *(pro hac vice)*
California Bar No. 295203
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
Telephone: (415) 283-1006
tcampbell@snllp.com
lmayilyan@snllp.com

*Attorneys for Defendant*
*Maxwell & Morgan, P.C., erroneously sued*
*as Maxwell & Morgan, Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Glenkirk D. Peters, | CASE NO.: 2:18-cv-01399-GMN-GWF |
| Plaintiff, | **STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO FILE STIPULATED DISCOVERY PLAN** |
| vs. | |
| Maxwell & Morgan, Corp., | **(FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Glenkirk D. Peters ("Peters") and defendant Maxwell & Morgan, P.C., erroneously sued as Maxwell & Morgan, Corp. ("M&M") (collectively, the "Parties"), by and through the undersigned counsel of record, as follows:

1. On July 27, 2018, Peters filed the original Complaint in this action, Docket No. 1.

2. On October 9, 2018, Peters filed a First Amended Complaint ("FAC") in this action, Docket No. 17.

3. On October 19, 2018, the Parties held their discovery conference under Fed. R. Civ. P. 26(f) and Local Rule 26-1(a).

4. On October 23, 2018, M&M filed its motion to dismiss Peters's FAC, Docket No. 20.

5. Pursuant to Local Rule 26-1, the Parties' deadline to file a stipulated discovery plan and scheduling order is November 8, 2018. After meeting and conferring, Defendant has requested and Plaintiff has agreed to continue the deadline by thirty (30) days.

6. Defendant believes it is premature to set a discovery plan or case schedule at this time, given M&M's pending motion to dismiss the FAC. Plaintiff disagrees. The Parties request additional time to explore the possibility of filing a joint discovery plan and scheduling order, instead of unilateral filings. Accordingly, good cause exists to continue the deadline to file a stipulated discovery plan and scheduling order by thirty (30) days.

7. This is the first stipulation for continuance of the deadline to file a stipulated discovery plan and scheduling order.

Accordingly, Peters and M&M, by and through their respective counsels, hereby stipulated that the Parties may have up to and including December 10, 2018 to file a stipulated discovery plan and scheduling order.

**IT IS SO STIPULATED.**

DATED this 6th day of November, 2018.

| KAZEROUNI LAW GROUP, APC | SIMMONDS & NARITA LLP |
|---|---|
| /s/ Michael Kind | /s/Liana Mayilyan |
| Michael Kind<br>Nevada Bar #13903<br>Attorneys for Plaintiff<br>6069 South Fort Apache Road, Suite 100<br>Las Vegas, Nevada 89149 | Liana Mayilyan (*pro hac vice*)<br>California Bar #295203<br>Attorneys for Defendant<br>44 Montgomery Street, Suite 3010<br>San Francisco, CA 94104 |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/07/2018

PETERS v. MAXWELL & MORGAN, CORP. (CASE NO.: 2:18-cv-01399-GMN-GWF)
STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO FILE STIPULATED DISCOVERY PLAN

2

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on November 6, 2018, I electronically filed the attached document to the Clerk's Office using the CM/ECF system for the United States District Court for the District of Nevada. I further certify that the following counsel for Plaintiff are registered CM/ECF users and that service will be accomplished upon them using the CM/ECF system:

Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**Haines & Krieger, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com

/s/Liana Mayilyan
Liana Mayilyan (*pro hac vice*)