LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

SIMMONDS & NARITA LLP
R. TRAVIS CAMPBELL *(pro hac vice)*
California Bar No. 271580
Liana Mayilyan *(pro hac vice)*
California Bar No. 295203
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
Telephone: (415) 283-1006
tcampbell@snllp.com
lmayilyan@snllp.com

*Attorneys for Defendant*
*Maxwell & Morgan, P.C., erroneously sued*
*as Maxwell & Morgan, Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Glenkirk D. Peters,<br><br>  Plaintiff,<br><br>vs.<br><br>Maxwell & Morgan, Corp.,<br><br>  Defendant. | CASE NO.: 2:18-cv-01399-GMN-GWF<br><br>**STIPULATION AND JOINT REQUEST TO EXTEND DEFENDANT'S DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Glenkirk D. Peters ("Peters") and defendant Maxwell & Morgan, P.C., erroneously sued as Maxwell & Morgan, Corp. ("M&M") (collectively, the "Parties"), by and through the undersigned counsel of record, as follows:

1. On October 23, 2018, M&M filed a Motion to Dismiss Peters's First Amended Complaint (the "Motion"), Docket No. 20.

2. On November 6, 2018, Peters filed a Response In Opposition to M&M's Motion, Docket No. 21.

3. M&M's reply in support of the Motion is presently due on November 13, 2018.

4. M&M and its counsel need additional time to review, evaluate and prepare their reply brief. M&M's counsel has been dealing with a number of pressing deadlines over the last several days and has been unable to devote sufficient attention to M&M's reply. In addition, M&M's lead counsel will be out of the office and unavailable beginning Friday, November 9, 2018 through Sunday, November 11, 2018.

5. The Parties have agreed to extend M&M's deadline to file its reply by one week to November 20, 2018.

6. This is the first stipulation for extension of time for M&M to file its reply in support of the Motion.

//
//

Accordingly, Peters and M&M, by and through their respective counsels, hereby stipulate and request that M&M may have up to and including November 20, 2018 to file its reply in support of the Motion.

**IT IS SO STIPULATED.**

DATED this 8th day of November, 2018.

| KAZEROUNI LAW GROUP, APC | SIMMONDS & NARITA LLP |
|---|---|
| /s/ Michael Kind | /s/ Liana Mayilyan |
| Michael Kind<br>Nevada Bar #13903<br>Attorneys for Plaintiff<br>6069 South Fort Apache Road, Suite 100<br>Las Vegas, Nevada 89149 | Liana Mayilyan (*pro hac vice*)<br>California Bar #295203<br>Attorneys for Defendant<br>44 Montgomery Street, Suite 3010<br>San Francisco, CA 94104 |

IT IS SO ORDERED.

Dated this __13__ day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

# **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on November 8, 2018, I electronically filed the attached document to the Clerk's Office using the CM/ECF system for the United States District Court for the District of Nevada. I further certify that the following counsel for Plaintiff are registered CM/ECF users and that service will be accomplished upon them using the CM/ECF system:

Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**Haines & Krieger, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com

/s/Liana Mayilyan
Liana Mayilyan (*pro hac vice*)