LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

SIMMONDS & NARITA LLP
R. TRAVIS CAMPBELL *(pro hac vice)*
California Bar No. 271580
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
Telephone: (415) 283-1006
tcampbell@snllp.com
lmayilyan@snllp.com

*Attorneys for Defendant
Maxwell & Morgan, P.C., erroneously sued
as Maxwell & Morgan, Corp.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Glenkirk D. Peters,<br><br>  Plaintiff,<br><br>vs.<br><br>Maxwell & Morgan, Corp.,<br><br>  Defendant. | CASE NO.: 2:18-cv-01399-GMN-GWF<br><br>**STIPULATION AND JOINT REQUEST TO STAY DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Glenkirk D. Peters ("Peters") and defendant Maxwell & Morgan, P.C., erroneously sued as Maxwell & Morgan, Corp. ("M&M") (collectively, the "Parties"), by and through the undersigned counsel of record, as follows:

1. On October 9, 2018, Peters filed a First Amended Complaint ("FAC") in this action. Doc. No. 17.

2. On October 23, 2018, M&M filed a motion to dismiss the FAC. Doc. No. 20. On November 6, 2018, Peters filed an opposition (Doc. No. 21) and, on November 19, 2018, M&M filed its reply (Doc. No. 26). The motion is fully-briefed and pending before the Court.

3. On December 11, 2018, this Court issued an Order setting a discovery plan and case schedule. Doc. No. 28. The Order set a deadline of July 31, 2019 for the Parties to file dispositive motions.

4. On December 20, 2018, M&M filed a motion to stay discovery pending the resolution of the motion to dismiss. Doc. No. 29.

5. On January 23, 2019, after full briefing, this Court granted the motion and stayed discovery pending resolution of the motion to dismiss. Doc. No. 32. The stay remains in effect.

6. The Parties interpret the discovery stay to also operate as a stay of the other deadlines in the case schedule, including the dispositive motion deadline. Out of an abundance of caution, however, the Parties hereby stipulate to also stay the dispositive motion deadline until after the motion to dismiss is decided. There is good cause for a stay due to the pending motion to dismiss and the stay of discovery that will remain in effect until the Court rules on the motion.

7. Upon receiving a ruling on the motion to dismiss, and if the case proceeds, the Parties will meet and confer and propose an amended discovery plan and case schedule for the Court's approval.

8. This is the first stipulation for continuance of the deadline to file dispositive motions.

Accordingly, pursuant to Local Rules IA 6-1, IA 6-2, 7-1, and 26-4, Peters and M&M, by and through their respective counsels, hereby stipulate and jointly request an Order staying the deadline to file dispositive motions until after the Court rules on M&M's pending motion to dismiss the FAC.

**IT IS SO STIPULATED.**

DATED this 31th day of July, 2019.

| KAZEROUNI LAW GROUP, APC | SIMMONDS & NARITA LLP |
|---|---|
| /s/ Michael Kind | /s/R. Travis Campbell |
| Michael Kind<br>Nevada Bar #13903<br>Attorneys for Plaintiff<br>6069 South Fort Apache Road, Suite 100<br>Las Vegas, Nevada 89149 | R. Travis Campbell (*pro hac vice*)<br>California Bar #271580<br>Attorneys for Defendant<br>44 Montgomery Street, Suite 3010<br>San Francisco, CA 94104 |

IT IS SO ORDERED:

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: 8/01/2019